422 A.2d 1167

Commonwealth v. Belcher, Appellant.

Submitted March 23, 1979. George E. Lepley, Jr., Assistant District Attorney, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.